UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANDREYA JONES, | | |
| | Plaintiff, | Civil No. 14-881 (JRT/JSM) |
| v. | | |
| BUREAU OF PRISONS FCI-WASECA, Warden JULIE A. NECLINE, MONGREL CARTOUCH and TEMUCO, CATHAY, | | **ORDER ON REPORT AND RECOMMENDATION** |
| | Defendants. | |

Andreya Jones, #22690-045, FCI – Waseca, P.O. Box 1731, Waseca, MN 56093, *pro se* plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 2, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pampers, (Docket No. 2), is **DENIED**;

2. Plaintiff's motion seeking money damages [Docket No. 3] is **DENIED**;

3. This action is summarily **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 21, 2014

at Minneapolis, Minnesota                             ____s/John R. Tunhiem_____
                                                                                    JOHN R. TUNHEIM
                                                                              United States District Judge